UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**JAMES K. BREDAR**
**U.S. MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-0950**
**(410) 962-2985 FAX**

August 14, 2003

John E. Kelly, Esquire
John E. Kelly, PA
516 Rock Spring Avenue
Bel Air, Maryland  21014

Roy W. Anderson, Jr., Esquire
Law Offices of Jonathan P. Stebenne
100 South Charles Street, Suite 1101
Baltimore, Maryland  21201-2446

Subject: *Jeffrey L. Newell v. Liberty Mutual Group Insurance*
Civil No. AMD-02-4161

Dear Counsel:

Please be advised that the settlement conference in the above-captioned case previously scheduled to begin at 10:00 a.m. has been rescheduled for **Wednesday, September 3, 2003, at  9:00 a.m.** Your *ex parte* letter remains due no later than Wednesday, August 27.

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/

James K. Bredar
United States Magistrate Judge

JKB/cw
cc:  Court file
       Chambers file

U.S. District Court (Rev. 9/2001)