**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JEFFREY L. NEWELL            :

    Plaintiff             :

v.                           :   CIVIL NO.  AMD 02 CV 4161

JOHN DOE and LIBERTY MUTUAL  :
GROUP INSURANCE
                             :

    Defendants
                             :

**NOTICE OF SUBSTITUTION OF COUNSEL**

To the Clerk of Court:

    Please substitute the appearance of Giancarlo M. Ghiardi, Esquire, and the law offices of DeCaro, Doran, Siciliano, Gallagher and DeBlasis, LLP, as attorneys for the Defendant, Liberty Mutual Group Insurance, in place of Roy W. Anderson, Jr., and the law offices of Jonathan P. Stebenne in the above-referenced case.

    Respectfully submitted,

    LAW OFFICES OF JONATHAN P. STEBENNE

By: /s/_____
Roy W. Anderson, Jr. #02921
Law Offices of Jonathan P. Stebenne
100 South Charles Street
Suite 1101, Tower II
Baltimore, Maryland 21201-2446

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988
____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548

                DeCARO, DORAN, SICILIANO,
                  GALLAGHER, & DeBLASIS, LLP


By: __/s/_____
   Giancarlo M. Ghiardi #06743
   4601 Forbes Boulevard, Suite 200
   P.O. Box 40
   Lanham, Maryland 20703-0040
   (301) 306-4300


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___21st___ day of August 2003, a copy of the foregoing Notice of Substitution of Counsel was delivered electronically, to:

John E. Kelly, Esq.
R. Douglas Kettell, Esq.
Law Offices of John E. Kelly, P. A.
516 Rock Spring Avenue
Bel Air, MD 21014
**Attorney for Plaintiff**

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
———
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988
———
2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548

__/s/_____
Giancarlo M. Ghiardi #06743

I:\COMMON\WP\L23\GMG\Newell v. Delaware Express\Pleadings\NOSOC.wpd