**DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP**

Attorneys at Law

4601 Forbes Boulevard
Suite 200
P.O. Box 40
Lanham, Maryland 20703-0040
(301) 306-4300
FAX (301) 306-4988

Alan R. Siciliano*▾
Jeffrey R. DeCaro*▾
Thomas L. Doran*
Charles E. Gallagher, Jr.*▾
Samuel J. DeBlasis II*
Christopher R. Dunn*
Warren D. Stephens*

Leslie Oliveri Doser*
Jeffrey T. Brown*
Lynne J. Kinney*
Anne Marie McGinley*
Erik H. Nyce*▾
Giancarlo M. Ghiardi*
Timothy W. Fitzmaurice*
Jennifer R. Albany*▾
Elizabeth M. Fischer*▾
Samantha D. Vanterpool▾
John M. Lis*▾

VIRGINIA OFFICE
2565 Chain Bridge Road
Vienna, Virginia 22181
(703) 255-6667
FAX (703) 299-8548

EASTERN SHORE OFFICE
740 Stagwell Road
Mail: P.O. Box 338
Queenstown, Maryland 21658
(410) 827-5013
FAX (410) 827-4323

\* Also member of DC Bar
▾ Also member of Virginia Bar

☑ Reply to Lanham Office
☐ Reply to Virginia Office

August 28, 2003

The Honorable James K. Bredar
U. S. Magistrate Judge
United States District Court
District of Maryland
101 West Lombard St.
Baltimore, MD 21201

Re:   Newell v. Liberty Mutual Group, et al
      Case No.  1:02-cv-4161

Dear Magistrate Bredar:

The above civil, personal injury, uninsured motorist case has been scheduled for a Settlement Conference before Your Honor on September 3, 2003, at 9:00 a.m.

This case was reassigned to me from former house counsel, Roy W. Anderson, Esq., who has left the Law Offices of Jonathon Stebenne and it was requested that this matter be assigned to outside private counsel.  I recently received the above case and have a conflict as I am scheduled to be in a jury trial, previously assigned and scheduled for September 3, 2003 in the case of Wendall Samuel, et al v. Ethelbert Dawson, in the Circuit Court for Prince George's County, Maryland, Case No. 99-06107.

Enclosed is a Motion to Continue the Settlement Conference before Your Honor which I have filed on behalf of Defendant Liberty Mutual Group, and which the Plaintiff's attorney has authorized me to indicate to the Court that he consents to the continuance.

All counsel appreciate your consideration of this matter and this Motion.

Very truly yours,

      /s/

Giancarlo M. Ghiardi
cc:  J. Kelly, Esq. [via facsimile 410-638-9468]