UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

August 29, 2003

Giancarlo M. Ghiardi, Esquire
DeCaro, Doran, Siciliano, Gallagher,
& DeBlasis, LLP
4601 Forbes Blvd, Ste 200
P O Box 40
Lanham, Maryland   20703-0040

Roy W. Anderson, Jr., Esquire
Law Offices of Jonathan P. Stebenne
100 South Charles Street, Suite 1101
Baltimore, Maryland   21201-2446

Subject: *Jeffrey L. Newell v. Liberty Mutual Group Insurance*
Civil No. AMD-02-4161

Dear Counsel:

Please be advised that the settlement conference in the above-captioned case previously scheduled for Wednesday, September 3, 2003, at 9:00 a.m. has been rescheduled at the request of counsel. The new date is **Wednesday, December 3, 2003, at 10:00 a.m.** Your *ex parte* letter, as described in my letter of January 24, is due no later than Wednesday, November 26. In the interim, if an open date appears on the Court's calendar, you will be contacted by my assistant, Ms. Wyatt, and asked about your availability on the new date.

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/

James K. Bredar
United States Magistrate Judge

JKB/cw
cc: The Hon. Andre M. Davis
    Court file
    Chambers file

U.S. District Court (Rev. 9/2001)