IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFREY L. NEWELL | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AMD 02 CV 4161 |
| JOHN DOE ("PHANTOM DRIVER") | | |
| and LIBERTY MUTUAL | * | |
| GROUP INSURANCE | | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

I HEREBY CERTIFY that on this 25th day of November, 2003, a copy of Plaintiff's

Answers to Interrogatories and Response to Request for Production of Documents was mailed,

postage prepaid, to Giancarlo M. Ghiardi, 4601 Forbes Boulevard, Suite 200, P.O. Box 40,

Lanham, Maryland 20703, attorney for Defendant, and I will keep the originals, without

alteration, in my file until the conclusion of this case.

JOHN E. KELLY
JOHN E. KELLY, P.A.
516 Rock Spring Avenue
Bel Air, Maryland 21014
(410) 897-0380; 838-6343
Attorney for Plaintiff

LAW OFFICES
JOHN E. KELLY
16 ROCK SPRING AVENUE
EL AIR, MARYLAND 21014

(410) 838-6343
(410) 879-0380
FAX (410) 638-9468