UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**JAMES K. BREDAR**
**U.S. MAGISTRATE JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

December 1, 2003

Giancarlo M. Ghiardi, Esquire
DeCaro, Doran, Siciliano, Gallagher,
& DeBlasis, LLP
4601 Forbes Blvd, Ste 200
P O Box 40
Lanham, Maryland   20703-0040

John E. Kelly, Esquire
John E. Kelly, PA
516 Rock Spring Avenue
Bel Air, Maryland   21014

Subject: *Jeffrey L. Newell v. Liberty Mutual Group Insurance*
Civil No. AMD-02-4161

Dear Counsel:

Please be advised that the settlement conference in the above-captioned case previously scheduled for Wednesday, December 3, 2003, at 10:00 a.m. has been rescheduled at the request of counsel. The new date is **Thursday, April 29, 2004, at 10:00 a.m.** Your *ex parte* letter, as described in my letter of January 24, is due no later than Thursday, April 22.

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/

James K. Bredar
United States Magistrate Judge

JKB/cw
cc: The Hon. Andre M. Davis
    Court file
    Chambers file