IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 DEC -1  P 4: 36

JEFFREY L. NEWELL

    Plaintiff

                         AL
                              DEPUTY

v.

                      Civil Action No. AMD 02 CV 4161

JOHN DOE ("PHANTOM DRIVER")
and LIBERTY MUTUAL
GROUP INSURANCE

    Defendants

## O R D E R

The aforegoing Consent Motion to Continue Settlement Conference having been read and considered, it is this 1ST day of _December_, 2003, by the United States District Court for the District of Maryland;

ORDERED, that the ~~scheduling~~ *settlement* conference set in for Wednesday, December 3, 2003, is hereby continued to a date mutually available to both counsel for the Plaintiff and counsel for the Defendant and the U.S. Magistrate Judge Bredar.

U.S. MAGISTRATE JUDGE
JAMES BREDAR

LAW OFFICES
JOHN E. KELLY
516 ROCK SPRING AVENUE
BEL AIR, MARYLAND 21014

(410) 838-6343
(410) 879-0380
FAX (410) 838-9468