IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEFFREY L. NEWELL                       :

      Plaintiff                     :

v.                                      :     CIVIL NO.  AMD 02 CV 4161

JOHN DOE and LIBERTY MUTUAL             :
GROUP INSURANCE
                                        :
      Defendants
                                        :

**STIPULATION OF DISMISSAL**

TO THE CLERK:

    Please enter all claims of the Plaintiff in the above-captioned case as **SETTLED AND DISMISSED WITH PREJUDICE.**


                                  _____/s/_____
                                  John E. Kelly
                                  Law Offices of John E. Kelly, P. A.
                                  516 Rock Spring Avenue
                                  Bel Air, MD 21014
                                  410-879-0380
                                  Attorney for Plaintiff


DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988

____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548

                                  _____/s/_____
                                  Giancarlo M. Ghiardi
                                  Federal Bar No. 006743
                                  DeCARO, DORAN, SICILIANO,
                                  GALLAGHER, & DeBLASIS, LLP
                                  4601 Forbes Blvd., Ste. 200
                                  P.O. Box 40
                                  Lanham, Maryland 20703-0040
                                  (301) 306-4300
                                  Attorney for Defendant

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this _____ day of August, 2003, a copy of the aforegoing _____ was mailed, first-class postage prepaid, to:

John E. Kelly, Esq.
R. Douglas Kettell, Esq.
Law Offices of John E. Kelly, P. A.
516 Rock Spring Avenue
Bel Air, MD 21014

                                                 _____
                                                 Giancarlo M. Ghiardi

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

———

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE (301) 306-4300
FAX (301) 306-4988

———

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE (703) 255-6667
FAX (703) 299-8548